# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **CURTIS J. KING,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **SCH TERMINAL SERVICES, LLC; SCH SERVICES, LLC, CALVERT CITY TERMINAL, LLC, WATCO TRANSLOADING, LLC, and WATCO COMPANIES, LLC,** | ) CASE NO. 5:22-CV-00181 |
| **Defendants.** | ) |

## DEFENDANT SCH TERMINAL SERVICES, LLC's CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant SCH Terminal Services, LLC and files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 stating as follows:

SCH Terminal Services, LLC, a nongovernmental corporate party, identifies its parent company—SCH Services, LLC. No publicly held corporation owns ten percent (10%) or more of SCH Terminal Services, LLC's stock.

Respectfully submitted this 19th day of December, 2022.

*/s/ Brian C. Neal*
Brian C. Neal (KY Bar #97138)
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile:(615) 724-3346
Email: bneal@burr.com

Attorney for Defendants
SCH SERVICES, LLC, SCH TERMINAL SERVICES, LLC, AND CALVERT CITY TERMINAL, LLC

49638384 v1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2022, a copy of the foregoing document has been served by the Court's CM/ECF System upon the following counsel of record:

N. Austin Kennady
**Bryant Law Center, P.S.C.**
601 Washington Street
Paducah, KY 42003
Austin.kennady@bryantpsc.com


Matthew D. Shaffer
Laura B. De La Cruz
**Schechter, Shaffer, & Harris, L.L.P.**
3200 Travis, Third Floor
Houston, Texas 77006
mshaffer@smslegal.com
ldelacruz@smslegal.com

                    */s/ Brian C. Neal*