# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| CURTIS J. KING, </br></br> Plaintiff, </br></br> v. </br></br> SCH TERMINAL SERVICES, LLC, SCH SERVICES, LLC, CALVERT CITY TERMINAL, LLC, WATCO TRANSLOADING, LLC, and WATCO COMPANIES, LLC, </br></br> Defendants. | CIVIL ACTION NO. 5:22-CV-181-BJB </br></br> *(Removed from Circuit Court of Marshall County, Kentucky, Case No. 22-CI-00349)* |

## O R D E R

Considering the *Motion for Extension of Time within Which to File Responsive Pleadings* filed herein by defendants Watco Transloading, LLC and Watco Companies, LLC;

**IT IS HEREBY ORDERED** that defendants Watco Transloading, LLC and Watco Companies, LLC be and are hereby **GRANTED** an additional twenty-one (21) days, or until January 13, 2023, within which to file pleadings responsive to the Plaintiff's Complaint herein.

_____, Kentucky, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

-
#4859096v1